█ In the Matter of JUDSON A. PARSONS, JR., an Attorney, Resignor. [672 NYS2d 276] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240

AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)